**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Alice Geloff, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| O'Reilly Automotive Parts, Inc. dba | ) | |
| O'Reilly Auto Parts, | ) | Case No. 1:12-cv-040 |
| | ) | |
| Defendant. | ) | |

Before the court is a "Stipulation for Dismissal with Prejudice and Without Costs" filed by the parties on October 21, 2013. The court **ADOPTS** the parties' stipulation (Docket No. 35) and **ORDERS** that the above-captioned action be dismissed with prejudice and without costs to either party.

**IT IS SO ORDERED.**

Dated this 24th day of October, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court